**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA LYNN KILLORAN AND DAVID KILLORAN,<br><br>Plaintiff,<br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00944-RS<br><br>District Judge: Hon. Richard Seeborg<br>Magistrate Judge: Hon. Peter H Kang<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: August 4, 2026

Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE